THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* ZYGMUND NOGAS, Defendant-Appellant.

(No. 59013;

First District (3rd Division)—March 7, 1974.

PER CURIAM.
DEMPSEY, J., took no part.

280

James J. Doherty, Public Defender, of Chicago (Suzanne M. Xinos, Assistant Public Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Kenneth L. Gillis and Barry Rand Elden, Assistant State's Attorneys, of counsel), for the People.